(March 12, 1971)

In the Matter of Joseph S. Reid et al., Respondents, v. Nancy Hanrahan, as Village Clerk of the Village of Rosendale, et al., Appellants.—Appeal

Judgment reversed, on the law, and petition dismissed, without costs. Staley, Jr., J. P., Cooke, Sweeney and Simons, JJ., concur.